# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA LEMIEUX-LEWIS,<br><br>   Plaintiff,<br><br>v.<br><br>HARTFORD HEALTHCARE CORPORATION AND RUSHFORD CENTER, INC.,<br><br>   Defendants. | Civil Action No.: 3:13-cv-01865 (WWE)<br><br><br><br>MARCH 6, 2015 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(ii), the plaintiff and defendants hereby stipulate and agree that plaintiff's action against defendants shall be dismissed in its entirety, with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Theodore W. Heiser | /s/ Lori B. Alexander |
| **Theodore W. Heiser CT23807**<br>SULLIVAN HEISER, LLC<br>116 East Main Street<br>Clinton, CT 06413<br>Telephone: 860-664-4440<br>Facsimile: 860-866-4422<br>twh@sullivanheiser.com<br><br>**Attorney for Plaintiff** | **Lori B. Alexander CT08970**<br>**Elizabeth McKenna CT28113**<br>LITTLER MENDELSON, P.C.<br>One Century Tower<br>265 Church Street, Suite 300<br>New Haven, CT 06510<br>Telephone: 203.974.8700<br>Facsimile: 203.974.8799<br>lalexander@littler.com<br>emckenna@littler.com<br><br>**Attorneys for Defendants** |

## CERTIFICATION

I hereby certify that on March 6, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                     _/s/ Theodore S. Heiser_
                                      **Theodore W. Heiser CT23807**